IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re Apollo Group Inc. Securities) Litigation, | Master File No. CV 04-2147-PHX-JAT |
| | CV 04-2204-PHX-JAT (Consolidated) |
| | CV 04-2334-PHX-JAT (Consolidated) |
| | CLASS ACTION |
| This Document Relates To: All Actions | **ORDER** |

This action came before the Court for a trial by jury. The issues were tried and the jury rendered its verdict on January 16, 2008 in favor of Plaintiffs. (Dkt. 490.) Lead Plaintiff/Class Representative offered a proposed form of judgment (Dkt. 502), and Defendants filed objections (Dkt. 504), to which Lead Plaintiff/Class Representative filed a response and a revised proposed form of judgment (Dkt. 505–06). After considering the proposed form of judgment and objections thereto, the Court entered judgment on January 30, 2008, in accordance with the jury's verdict. (Dkt. 508.)

Subsequently, the Court granted Defendants' motion for judgment as a matter of law on August 4, 2008, and vacated the judgment entered in favor of Plaintiffs. (Dkt. 560–62.) Plaintiffs appealed. (Dkt. 661.) On June 23, 2010, the Ninth Circuit Court of Appeals issued an order reversing and remanding the Court's grant of judgment as a matter of law. After Defendants' petition for writ of certiorari was denied by the United States Supreme Court, the Court of Appeals issued a mandate requiring the Court to enter judgment in accordance

with the jury's verdict.  (Dkt. 679.)

Therefore, pursuant to the mandate of the Court of Appeals, and upon motion by the Lead Plaintiff/Class Representative,

**IT IS HEREBY ORDERED** that Lead Plaintiff/Class Representative Policemen's Annuity and Benefit Fund of Chicago's Application for Entry of Judgment (Dkt. 688) is **GRANTED**.  Entry of judgment in the form previously entered on January 30, 2008, will follow shortly.

**IT IS FURTHER ORDERED** that the portion of the Minute Entry (Dkt. 560) and the Order (Dkt. 561) granting Defendant Apollo Group Inc's Motion for Judgment as a Matter of Law; the Clerk's Judgment (Dkt. 562) in favor of Defendants; and the Taxation of Costs Order (Dkt. 668) against Plaintiffs are hereby **VACATED**.

DATED this 6th day of April, 2011.

James A. Teilborg
United States District Judge

- 2 -